No. 01–10514. RICHARDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10515. GOMEZ-SOLANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10517. SCHETTLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10518. GIBSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–10519. GONZALEZ-RIVERA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10520. TRIBBLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10525. TREJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10534. MANUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1631. BASS v. E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–1632. TEXAS v. MCCARTHY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–9960. SUAREZ MEDINA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari granted. Certiorari denied.

No. 01–895. FIORE v. UNITED STATES, 534 U. S. 1133;
No. 01–1401. WALL ET AL. v. CHEVERIE ET AL., 535 U. S. 1078;
No. 01–7831. CAMPBELL, AKA LEE v. PETERS ET AL., 535 U. S. 957;
No. 01–8251. KNOX v. SICKLES ET AL., 535 U. S. 996;

No. 01–8329. WOODFORD *v.* INDIANA, 535 U. S. 999;

No. 01–8413. PODOPRIGORA *v.* IMMIGRATION AND NATURALIZA-TION SERVICE, 535 U. S. 961;

No. 01–8486. BAGLEY *v.* VANCE ET AL., 535 U. S. 1021;

No. 01–8600. BEATON *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, 535 U. S. 1037;

No. 01–8715. FRIES *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DE-PARTMENT OF CORRECTIONS, 535 U. S. 1039;

No. 01–8720. PIERCE *v.* PRICE, FORMER SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREEN, ET AL., 535 U. S. 1039;

No. 01–9067. CAMPOS *v.* UNITED STATES, 535 U. S. 1010;

No. 01–9198. CUNNINGHAM *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, 535 U. S. 1066; and

No. 01–9460. IN RE WALKER, 535 U. S. 1033. Petitions for rehearing denied.

No. 01–1353. LEE *v.* DOW CHEMICAL CO. ET AL., 535 U. S. 1073. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

## JULY 10, 2002

No. 02A34. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* BOTTOSON. Application to vacate stay of execution of sentence of death entered by the Supreme Court of Florida on July 8, 2002, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 02A35. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* KING. Application to vacate stay of execution of sentence of death entered by the Supreme Court of Florida on July 8, 2002, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

## JULY 17, 2002

No. 02–5240 (02A46). HANSEN *v.* MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.